ACCEPTED
15-25-00031-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/2/2025 9:05 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00031-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/2/2025 9:05:25 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

**In re Nonparty Patient No. 1, Nonparty Patient No. 2, Nonparty Patient No. 3, Nonparty Patient No. 4, Nonparty Patient No. 5, Nonparty Patient No. 6, Nonparty Patient No. 7, Nonparty Patient No. 8, Nonparty Patient No. 9, Nonparty Patient No. 10, and Nonparty Patient No. 11,**

*Relators*

On Petition for a Writ of Mandamus
From the 493rd District Court of Collin County, Texas,
Cause No. 493-07676-2024
The Honorable Judge Christina A. Nowak, Presiding

**DECLARATION OF THANH D. NGUYEN
IN SUPPORT OF RELATORS' SECOND
EMERGENCY MOTION TO STAY**

Jervonne D. Newsome (Lead Counsel)
Texas Bar No. 24094869
jnewsome@winston.com
Thanh D. Nguyen
Texas Bar No. 24126931
tdnguyen@winston.com
Jonathan Hung
Texas Bar No. 24143033
johung@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
Evan D. Lewis
edlewis@winston.com
Texas Bar No. 24116670
Olivia A. Wogon
Texas Bar No. 24137299
owogon@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600

1

1. My name is Thanh D. Nguyen. I represent Relators in this Petition for a Writ of Mandamus. I am a member in good standing of the State Bar of Texas. I provide this Declaration in support of Relators' Second Emergency Motion to Stay. I have personal knowledge of the facts stated herein, and I could and would testify thereto if called as a witness in this matter.

2. On March 26, 2025, the 493rd District Court held a hearing on two motions: the State of Texas's Motion to Seal Court Records and Nonparty Children's Health System of Texas's ("Children's") Unopposed Motion to Seal Court Records. The hearing was noticed for 8:30 a.m. The motions were not opposed by any party or nonparty.

3. Regrettably, I arrived at the hearing about ten minutes late.

4. When I walked into the courtroom, the hearing had already begun, and I sat in the gallery. The court's bailiff approached me, and I let him know that I was there to observe the hearings. I also conveyed that I was an attorney for the Relators, but I did not anticipate having a speaking role.

5. I decided not to stand up, interrupt the proceedings, and ask that my appearance be noted on the record.

6. I abstained from doing so because only two unopposed, uncontroversial motions were set to be heard, my clients did not oppose the motion, and the proceedings were unfolding smoothly.

7. Attached to Relators' Second Emergency Motion to Stay as Exhibit A is a true and correct copy of the Intervenor Texas Attorney General's Verified Motion to Show Authority in Cause No. 493-07676-2024.

8. Attached to Relators' Second Emergency Motion to Stay as Exhibit B is a true and correct copy of the transcript of the hearing held on March 26, 2025 in the 493rd District Court.

9. Attached to Relators' Second Emergency Motion to Stay as Exhibit C is a true and correct copy of an email chain between counsel for the parties and Relators in Cause Nos. 493-07676-2024, 493-08026-2024 concerning UTSW's production requirements.

10. Attached to Relators' Second Emergency Motion to Stay as Exhibit D is a true and correct copy of an email chain between counsel for the parties and Relators in Cause Nos. 493-07676-2024, 493-08026-2024 and Ms. Amy Patterson, Court Coordinator for the 493rd District Court.

11. Attached to Relators' Second Emergency Motion to Stay as Exhibit E is a true and correct copy of an email chain between counsel for the parties and Relators in Cause Nos. 493-07676-2024, 493-08026-2024 concerning the

3

production of documents by UTSW. Pursuant to Tex. R. App. P. 9.9, I have redacted

a URL that connects a user to the Box website that stored patient records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the 2nd day of April, 2025.

*/s/ Thanh D. Nguyen*
Thanh D. Nguyen

# Exhibit A

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | COLLIN COUNTY, TEXAS |
| | § | |
| | § | |
| MAY C. LAU, M.D., | § | |
| *Defendant.* | § | 493rd JUDICIAL DISTRICT |

## INTERVENOR TEXAS ATTORNEY GENERAL'S
## VERIFIED MOTION TO SHOW AUTHORITY

Pursuant to Texas Rule of Civil Procedure 12, Ken Paxton, in his official capacity as the Attorney General of Texas, files this Motion to Show Authority and challenges the authority of retained counsel to appear on behalf of non-party University of Texas Southwestern Medical Center ("UT Southwestern") in this matter.

Texas Rule of Civil Procedure 12 authorizes any party to challenge an attorney's authority to represent a party in a lawsuit.[1] The burden of proof is on the challenged attorney to demonstrate such authority. Tex. R. Civ. P. 12.

"Except as authorized by other law, a contract for legal services between an attorney, other than a full-time employee of the agency, and a state agency in the executive department, other than an agency established by the Texas Constitution, must be approved by the attorney general to be valid." Tex. Gov't Code § 402.0212(a). The Texas Legislature reinforces this requirement in the General Appropriations Act passed in each legislative session: "[a] state governmental entity may not initiate the process of selecting outside legal counsel prior to receiving the approval of the

---

[1] Here, UT Southwestern has indicated its intent to participate in this litigation as the subject of a subpoena, which may include appearing before this Court. *See* Tex. R. Civ. P. 176.6(d), (e).

Attorney General to retain outside legal counsel." General Appropriations Act ("GAA"), 88th Leg., R.S., H.B. 1, ch. 1170, 2023 Tex. Gen. Laws (art. XI, § 16.01(a)(5)). For purposes of this section, "state governmental entity" means a board, commission, department, office, or other agency in the executive branch of state government created under the constitution or a statute, **including an institution of higher education**. *Id.* at § 16.01(k) (emphasis added).

UT Southwestern is part of the University of Texas ("UT") System.[2] UT System does not dispute that Intervenor must grant permission to retain outside counsel: "By law, the Texas Attorney General's Office must approve all state agency contracts for outside legal services. Within the UT System, every contract is approved by the Vice Chancellor and General Counsel. For this reason, the Office of General Counsel coordinates all requests to the Texas Attorney General for permission to retain counsel."[3]

Following the law and UT System policy, on or about January 21, 2025, UT Southwestern, through UT System, requested permission from Intervenor to retain outside counsel to represent it in responding to discovery in this lawsuit. *See* Exhibit A at pp. 1–2. That request was denied on or about February 20, 2025. *See id.* at pp. 3–4.

Despite not receiving the permission required to retain outside counsel, it appears UT Southwestern, in violation of state law, retained David Walsh of Kershaw Anderson King, PLLC to represent it in this matter. Specifically, on or about March 3, 2025, Mr. Walsh represented to counsel for Plaintiff that he had been retained to represent non-party UT Southwestern in response to a subpoena served by Plaintiff. *See* Exhibit B. It cannot be reasonably disputed that UT Southwestern acted in contravention of state law as it did not get permission to retain Mr. Walsh

---

[2] UT System Institutions, https://www.utsystem.edu/institutions, last accessed Mar. 4, 2025.
[3] Outside Counsel, https://www.utsystem.edu/offices/general-counsel/outside-counsel, last accessed Mar. 4, 2025.

or any other outside counsel. GAA § 16.01(b). Nor does this matter—representing UT Southwestern in responding to a discovery subpoena in a case where UT Southwestern is not a defendant—permit expenditure of appropriated monies for outside legal counsel without first obtaining Intervenor's permission to do so. *See id.* § 16.01(h).

Intervenor asks that the Court grant his Verified Motion and require UT Southwestern's attorney to show his authority to represent UT Southwestern in this matter and, should UT Southwestern's attorney fail to show such authority, that he be prevented from appearing on behalf of UT Southwestern in this matter, and for such other and further relief, both general and special, at law or in equity, to which he may show himself to be justly entitled.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Kimberly Gdula*
Kimberly Gdula
Texas Bar No. 24052209
Chief
Brianna M. Krominga
Texas Bar No. 24103252
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 475-4071 – Phone
(512) 320-0667 – Fax
kimberly.gdula@oag.texas.gov
brianna.krominga@oag.texas.gov
**ATTORNEYS FOR INTERVENOR**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March 2025, a copy of the foregoing document was served to all counsel of record in accordance with the Texas Rules of Civil Procedure. Additionally, a copy of this document was sent via electronic delivery to:

David Walsh
Kershaw Anderson King, PLLC
dwalsh@kaktxlaw.com

*/s/ Kimberly Gdula*
KIMBERLY GDULA
Chief

**DECLARATION OF KIMBERLY GDULA IN SUPPORT OF
VERIFIED MOTION TO SHOW AUTHORITY**

State of Texas

County of Travis

My name is Kimberly Gdula. I am counsel for Intervenor, and I am over the age of 18 years, competent to make this declaration, and have personal knowledge of the facts herein stated or have gained knowledge through a review of records maintained by the Office of the Texas Attorney General. I declare under penalty of perjury that the facts contained in the Intervenor's Motion to Show Authority are true and correct.

My name is Kimberly Gdula, and I am an employee of the following governmental agency: Office of the Texas Attorney General. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, State of Texas, on the 4th day of March 2025.

*/s/ Kimberly Gdula*

Declarant

# EXHIBIT "A"



- Close Window
- Print This Page
- Expand All | Collapse All

# 00003345

| | | | |
|---|---|---|---|
| Request Number | 00003345 | Owner | Daneen Grossling |
| Request ID | | | |
| Status | Denied | Status Reason | Per prior communications - |
| Start Date | 1/1/2025 | End Date | 8/31/2025 |
| Original Submitted Date | 1/21/2025 | | |
| Last Received Date | 1/21/2025 | Response Date | 1/31/2025 |
| Intellectual Property Exemption | | Source of All Funds | Non-appropriated |

## Requesting Agency

| | | | |
|---|---|---|---|
| Requester Name | Daneen Grossling | Requester Email | dgrossling@utsystem.edu |
| Agency | University of Texas System | Agency Code | 720 |
| Agency Address | Office of General Counsel 210 West 7th Street Austin, TX 78701 | | |
| Send Invoices to Different Address | | Invoices Address | Office of General Counsel 210 West 7th Street Austin, TX 78701 |
| Designated Agency Attorney Name | Daniel H. Sharphorn | Designated Agency Attorney Phone | 5124994462 |
| Designated Agency Attorney Email | dsharphorn@utsystem.edu | | |
| Authorized Agency Signatory Name | Daniel H. Sharphorn | Authorized Agency Signatory Title | Vice Chancellor and General Counsel |
| Authorized Agency Signatory Email | dgrossling@utsystem.edu | | |

## Requested Law Firm

| | | | |
|---|---|---|---|
| Law Firm | Littler Mendelson, P.C. | | |
| Enter Law Firm Name | | New Law Firm Requested | |
| Law Firm Address | 100 Congress Ave., Suite 1400 Austin, Texas 78701 | | |
| Send Notices to Different Address | | Notices Address | 100 Congress Ave., Suite 1400 Austin, Texas 78701 |
| Law Firm Tax ID | 94-2602731 | Lead Attorney Name | Darren Gibson |
| Authorized Law Firm Signatory Name | Darren Gibson | Authorized Law Firm Signatory Title | Shareholder/Partner |
| Authorized Law Firm Signatory Email | dgibson@littler.com | | |

## Contract Terms

| | | | |
|---|---|---|---|
| Anticipated Legal Costs | $100,000.00 | Max Daily Meal Allowance Rates | $100.00 |
| Will Agency Pay Travel Time? | Yes, at the standard rate (50%) | Employee Travel Description | Agency will pay as a travel rate an amount not to exceed one-half (1/2) of an attorney's standard hourly rate under this OCC. In no event shall a travel rate exceed one-half (1/2) of the maximum hourly rate identified above that is applicable to the attorney. |
| Employee Travel Time Modifications | | | |

## Contingency

| | | | |
|---|---|---|---|
| Contingency Fee Contract | | Cite Statutory Approval | |

## Scope of Services

| | | | |
|---|---|---|---|
| Enter Text Scope of Services | ✓ | Scope of Services | Represent Agency in responding to discovery requests in Cause No. 493-07676-2024, The State of Texas v. Mary C. Lau, M.D. and Cause No. 493-08026-2024, The State of Texas v. M. Brett Cooper, M.D., both in the 493rd District Court for Collin County, Texas. |

## Fees

| | | | |
|---|---|---|---|
| Fee Schedule Rates Option | Hourly Rates Only | Fee Schedule | Attorney - Shareholder/Partner: $525.00 Attorney - Of Counsel: $525.00 Attorney - Associate: $425.00 Non-Attorney Legal Work - Paralegal: $225.00 Other - Data and ESI Professional: $225.00 |
| Additional Classifications Needed | | | |

## Billing

| | | | |
|---|---|---|---|
| Billing Type | Monthly | Billing Description | |

## Litigation

| | | | |
|---|---|---|---|
| Litigation Services Requested | ✓ | Litigation Filed Date | 11/4/2024 |
| Litigation Jurisdiction | 493rd District Court for Collin County, Texas | Litigation Services Description | Represent Agency in responding to discovery requests in Cause No. 493-07676-2024, The State of Texas v. Mary C. Lau, M.D. and Cause No. 493-08026-2024, The State of Texas v. M. Brett Cooper, M.D., both in the 493rd District Court for Collin County, Texas. |

## Evaluate OAG Providing Legal Services

| | | | |
|---|---|---|---|
| Discussed with OAG | Yes, I have discussed with OAG | | |
| OAG Discussions Summary | Please see attached email. | Reason for No OAG Discussions | |

## Request for Qualifications

| | |
|---|---|
| RFQ Posted | Yes, RFQ was posted |

| | | | |
|---|---|---|---|
| RFQ Posting Location | Texas State Business Daily | RFQ Posting Date | 6/2/2023 |

Justification for not having RFQ

## Existing or Expired Contract

| | | | |
|---|---|---|---|
| Existing or Expired Contract | | | |
| Existing COCOA Contract | | Existing COCOA Contract Number | |
| Other Existing Contract Number(s) | | Existing Outside Counsel | |

## Files Attached

| | | | |
|---|---|---|---|
| Addendum A - Scope of Services Attached | | Addendum B - Fee Schedule Attached | |
| Affirmation Statement Attached | ✓ | Conflicts Disclosure Attached | ✓ |
| Eligibility to Practice Law Attached | ✓ | LBB Approval for Contingency Attached | |

## Validation

| | |
|---|---|
| Valid Request | ✓ |
| Items Required | All required items have been completed and your Request to Retain is valid. |
| Updates Requested | |

## Contract

| | | | |
|---|---|---|---|
| COCOA Contract | | Contract Created | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Daneen Grossling, 1/21/2025, 3:48 PM | Last Modified By | Scarlett Tucker, 2/20/2025, 12:33 PM |

# Files

| Conflicts Disclosure | Affirmation Statement |
|---|---|
| Last Modified **1/21/2025, 3:54 PM** | Last Modified **1/21/2025, 3:54 PM** |
| Created By **Daneen Grossling** | Created By **Daneen Grossling** |

| Eligibility to Practice Law | OAG Communication # 1 |
|---|---|
| Last Modified **1/21/2025, 3:49 PM** | Last Modified **1/21/2025, 3:48 PM** |
| Created By **Daneen Grossling** | Created By **Daneen Grossling** |

# Notes

**pending confirmation from Exec as of 1/21/25**

| |
|---|
| Last Modified **1/27/2025, 9:30 AM** |
| Owner **Scarlett Tucker** |
| Text Preview **holding off on assigning until direction is rec'd** |

# History
## 2/20/2025

Field/Relationship **Status**
Original Value **Attorney Review**
New Value **Denied**
Created By **Scarlett Tucker, 2/20/2025, 12:33 PM**

## 2/20/2025

Field/Relationship **Status**
Original Value **Submitted**
New Value **Attorney Review**
Created By **Scarlett Tucker, 2/20/2025, 12:32 PM**

## 1/21/2025

Field/Relationship **Last Received Date**
Original Value
New Value **01/21/2025**
Created By **Daneen Grossling, 1/21/2025, 3:54 PM**

## 1/21/2025

Field/Relationship **Status**
Original Value **Draft**
New Value **Submitted**
Created By **Daneen Grossling, 1/21/2025, 3:54 PM**

## 1/21/2025

Field/Relationship **Conflicts Disclosure Attached**
Original Value **false**
New Value **true**
Created By **Daneen Grossling, 1/21/2025, 3:54 PM**

## 1/21/2025

Field/Relationship **Valid Request**
Original Value **false**
New Value **true**
Created By **Daneen Grossling, 1/21/2025, 3:54 PM**

## 1/21/2025

Field/Relationship **Items Required**
Original Value **• Conflicts Disclosure file is required.**
New Value **All required items have been completed and your Request to Retain is valid.**
Created By **Daneen Grossling, 1/21/2025, 3:54 PM**

## 1/21/2025

Field/Relationship **Affirmation Statement Attached**
Original Value **false**
New Value **true**
Created By **Daneen Grossling, 1/21/2025, 3:54 PM**

## 1/21/2025

Field/Relationship **Items Required**
Original Value **• Affirmation Statement file is required. • Conflicts Disclosure file is required.**
New Value **• Conflicts Disclosure file is required.**
Created By **Daneen Grossling, 1/21/2025, 3:54 PM**

## 1/21/2025

| | |
|---|---|
| Field/Relationship | **Eligibility to Practice Law Attached** |
| Original Value | **false** |
| New Value | **true** |
| Created By | **Daneen Grossling, 1/21/2025, 3:49 PM** |

## 1/21/2025

| | |
|---|---|
| Field/Relationship | **Items Required** |
| Original Value | **• Affirmation Statement file is required. • Conflicts Disclosure file is required. • Eligibility to Practice Law file is required.** |
| New Value | **• Affirmation Statement file is required. • Conflicts Disclosure file is required.** |
| Created By | **Daneen Grossling, 1/21/2025, 3:49 PM** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

# EXHIBIT "B"

**From:** David Walsh
**To:** Johnathan Stone
**Subject:** FW: State v. Cooper/Lau and Nonparty Patients v. State
**Date:** Monday, March 3, 2025 5:59:21 PM

Johnathan – my email below bounced back because of a typo in your email address. Please see below.

David M. Walsh IV | Partner
Board Certified Civil Appellate Law
Texas Board of Legal Specialization
**KERSHAW ANDERSON KING, PLLC**
12400 Coit Rd., Ste. 800, Dallas, Texas 75251
Main: 214.347.4993
Email: dwalsh@kaktxlaw.com
www.kershawandersonking.com

---

**From:** David Walsh
**Sent:** Monday, March 3, 2025 5:53 PM
**To:** jonathan.stone@oag.texas.gov; matt.kennedy@oag.texas.gov; rob.farquharson@oag.texas.gov; david.shatto@oag.texas.gov
**Subject:** State v. Cooper/Lau and Nonparty Patients v. State

All -- Good evening. I have been retained to represent UT Southwestern related to the State's cases against Drs. Lau and Cooper as well as the Nonparty Patients' issues regarding discovery of their medical records. UTSW views itself as a neutral third party in this matter, but it does have obligations to the underlying patients, particularly regarding their privacy, under federal and state law as well as institutional privileges that may need to be asserted—as they would in any litigation. To that end, in the coming days, I will be responding on behalf of UTSW to the subpoenas issued by the State as well as addressing the Court's orders from last week. When you have a moment, can you please give me a call to discuss the discovery addressed to UTSW? I look forward to working with you on these discovery issues.

dmw

David M. Walsh IV | Partner
Board Certified Civil Appellate Law
Texas Board of Legal Specialization
**KERSHAW ANDERSON KING, PLLC**
12400 Coit Rd., Ste. 800, Dallas, Texas 75251
Main: 214.347.4993
Email: dwalsh@kaktxlaw.com
www.kershawandersonking.com

# Exhibit B

REPORTER'S RECORD

TRIAL COURT CAUSE NO. 493-07676-2024
TRIAL COURT CAUSE NO. 493-08026-2024

| THE STATE OF TEXAS, | § | IN THE DISTRICT COURT |
|---|---|---|
| Plaintiff, | § | |
| VS. | § | |
| | § | 493RD JUDICIAL DISTRICT |
| MAY C. LAU, M.D., | § | |
| Defendant. | § | COLLIN COUNTY, TEXAS |

| THE STATE OF TEXAS, | § | IN THE DISTRICT COURT |
|---|---|---|
| Plaintiff, | § | |
| VS. | § | |
| | § | 493RD JUDICIAL DISTRICT |
| M. BRETT COOPER, M.D., | § | |
| Defendant. | § | COLLIN COUNTY, TEXAS |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION TO SEAL HEARING

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

On the 26th day of March, 2025, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Christine Nowak, Judge presiding, held in McKinney, Collin County, Texas;

Proceedings reported by machine shorthand.

A P P E A R A N C E S

FOR THE PLAINTIFF, THE STATE OF TEXAS:

    MR. DAVID SHATTO
    (VIA ZOOM)
    SBOT: #24104114
    OFFICE OF THE ATTORNEY GENERAL
    PO Box 12548
    Austin, Texas 78711
    Phone: 512-936-2613
    David.shatto@oag.texas.gov


    MR. ROBERT FARQUHARSON
    SBOT: #24100550
    OFFICE OF THE ATTORNEY GENERAL
    PO Box 12548
    Austin, Texas 78711
    Phone: 512-936-2613
    Robert.farquharson@oag.texas.gov


FOR THE DEFENDANT, MAY C. LAU, M.D.:

    MR. JOHN V. TREVINO, JR.
    SBOT: #24003082
    LEBOEUF LAW, PLLC
    325 North Saint Paul Street
    Suite 3400
    Dallas, Texas 75201
    Phone: 214-624-9803
    Info@leboeuflaw.com


FOR THE DEFENDANT, M. BRETT COOPER, M.D.:

    MS. ANIKA HOLLAND
    (VIA ZOOM)
    CA Bar#336071
    WILLKIE FARR & GALLAGHER, LLP
    333 Bush Street
    Floor 34
    San Francisco, California 94104
    Phone: 415-858-7411
    Aholland@willkie.com

- AND -

        MS. ZOE PACKMAN
        (VIA ZOOM)
        CA Bar#347453
        Willkie Farr & Gallagher, LLP
        333 Bush Street
        Floor 34
        San Francisco, California 94104
        Phone: 415-858-7411
        Zpackman@willkie.com


FOR THE CHILDREN'S HEALTH NONPARTY PATIENTS:

        MS. JACKIE COOPER
        SBOT: #24050861
        COOPER & SCULLY, PC
        900 Jackson Street
        Suite 100
        Dallas, Texas 75202
        214-712-9500
        Jackie.Cooper@cooperscully.com

I N D E X

(MOTION TO SEAL)

3/26/25                                    Page   Vol

Appearances...................................   2

Proceedings...................................   5


Movant's Motion to Seal.......................   6
Court's Ruling................................   7

Plaintiff's Motion to Seal....................   8
Court's Ruling................................   9

Reporter's Certificate........................  13

P R O C E E D I N G S

THE COURT: At this time the Court calls the following Cause Numbers: 493-07676-2024. This is the State of Texas versus May C. Lau. As well the Court calls 493-08026-2024. This is the State of Texas versus M. Brett Cooper, M.D. In connection with each of these cases, there is a pending sealing request which we're here to address today.

The Court will just note for purposes of the record, we -- the hearing today was properly noticed. The Court has called both the hall and the courtroom. There are no persons from the public that are present. So we'll go ahead and address, first, Children's motion.

If I could have an appearance on behalf of counsel present here in the courtroom.

MS. COOPER: This is Jackie Cooper for non-party movant, Children's Health.

THE COURT: Thank you.

MR. FARQUHARSON: And Rob Farquharson for the State.

THE COURT: Thank you.

MR. TREVINO: John Trevino for Dr. Lau.

THE COURT: And with us via Zoom.

MS. HOLLAND: Anika Holland for Dr. Cooper.

MS. PACKMAN: Zoe Packman for Dr. Cooper.

MR. SHATTO: And David Shatto with the State.

THE COURT: All right. Thank you, everyone. Again, I'm just going to note for purposes of the record, the public was properly noticed in connection with today's hearing. As well, all persons associated with this cause were noticed that we were having the hearing on the sealing request today. So with that, I'm going to turn this over to Children's.

MS. COOPER: Thank you, Your Honor. I think the request is pretty simple. We filed a Rule 76A and the Court has ordered a temporary order -- or sorry -- a temporary sealing of the court record in question. We're not asking for the entire document to be sealed but rather just the exhibit that contains confidential information. So this is -- the permanent request is a little bit more narrow than the temporary request.

And I brought orders for the Court to review and for the State and whoever else wants to look at it, but it tracks almost exactly the language of the court's temporary order just changing it to exhibit versus the whole filing.

THE COURT: Again, I have noted that there are no persons present from the public, and thus there

are no public members who object. Let me ask at this time for all counsel who are present here today, do any of you have any objection whatsoever to permanently seal? If so, speak now.

MR. FARQUHARSON: None from the State.

MR. TREVINO: None, Your Honor, from Dr. Lau.

THE COURT: Dr. Cooper?

MR. SHATTO: None from Dr. Cooper.

THE COURT: All right. So that covering all counsel for parties who are present, the Court finds it's proper and appropriate to grant the request to permanently seal, and at this time, Counsel, I'll ask you to bring the proposed order forward.

While the Court's receiving that order, I'm just going to note as well for purposes of the record, the Court was provided two agreed orders which it has already executed between the AG and UT Southwestern, which the Court believes resolved the Rule 12 issue as well as the intervention.

Related to that as well are certain requests from Dr. Cooper's counsel to strike the intervention and certain requests by the State related to clawback and sanctions. I believe that the agreements between the AG's office and UT Southwestern

resolve all those issues. I would ask for the parties to confirm that I am correct and as well to provide the Court an order that says, in light of the execution of the agreed orders, all parties agreed the following motions are now moot and no longer relief is requested.

In light of the fact that UT Southwestern does now have counsel, obviously the Court stayed any protection from UT Southwestern pending them having counsel of record. Now that they will have counsel, the Court hereby reinstates its prior order to UT Southwestern to produce the relevant documents that have been ordered in connection with roll one.

Let me go ahead and just ask at this time, Children's, is there anything further that I can do for you?

MS. COOPER: No. Thank you, Your Honor.

THE COURT: Okay. State?

MR. FARQUHARSON: Thank you, Judge. Similar to Children's, the State also has a motion to seal on file, and it is relatively simple for the reasons that we set forth in our motion. We would ask that the documents represented therein be sealed.

THE COURT: All right. Again, I'll just note for purposes of the record, no persons are present from the public who object to the request for sealing.

Let me go ahead and just ask for all counsel who are present, is there any opposition or objection to the Court sealing pursuant to the State's request? Childrens's?

MS. COOPER: No, Your Honor.

THE COURT: Lau?

MR. TREVINO: No, Your Honor.

THE COURT: Cooper?

MS. HOLLAND: No, Your Honor.

THE COURT: All right. In light thereof, the Court hereby as well grants the State's request, and I'll ask if you'll please bring an order forward for the Court's execution at this time.

All right. Lastly, do you have a proposed order?

MR. FARQUHARSON: I believe David -- Mr. Shatto is going to e-mail one to the Court here momentarily.

THE COURT: Mr. Shatto, is that correct?

MR. SHATTO: That is correct. I can e-mail one to you in a moment.

THE COURT: Okay. So I just want to make sure. Mr. Miller is out of the office today, so please make sure that you're utilizing the 493rd and/or Ms. Patterson's e-mail, okay?

MR. SHATTO: Yes, Your Honor.

THE COURT: Okay. One final item that I just want to delineate. The parties have provided the Court a contact list, right? And I asked for everyone to identify two counsel of record per party or nonparty. Ms. Patterson, when she's sending out e-mails is going to continue to send e-mails to that contact list. If you want the information from the Court further disseminated past the two people who are on the contact list, it is y'all's responsibility to do so.

So if you have any additional members of your team -- so, for example, Dr. Lau, Dr. Cooper, for the State, you have more than those two lawyers, it's y'all's responsibility to send it out further than that. The number of lawyers at this juncture is too unwieldy for Ms. Patterson to be the laboring ore on those communications. So we'll take responsibility for notifying the contact list, but separate and beyond that, the responsibility is on y'all. I just wanted to make sure that I reiterated that while we were on the record.

Let me go ahead and ask at this time, Children's, anything else we should address in connection with today's hearing?

MS. COOPER: No. Thank you, Your Honor.

THE COURT: State?

MR. FARQUHARSON: I'm just curious. Last time -- I'm trying to remember where -- with respect to UT Southwestern and their obligations that came back up, had the Court ordered a certain date for production from them?

THE COURT: For Children's I had ordered production to begin on a rolling basis as of March 21st, and since we've already past the March 21 date, UT Southwestern's obligations would kick in now as well as a rolling production.

MR. FARQUHARSON: Okay. Thank you, Judge.

THE COURT: Dr. Lau, anything further?

MR. TREVINO: No, Your Honor.

THE COURT: And Dr. Cooper?

MR. SHATTO: No, Your Honor.

THE COURT: Okay. Well, it was lovely to see everyone so early on this gloomy day. If there's nothing further, then we'll go ahead and be adjourned, and I am having Ms. Patterson e-file each of the orders from today's hearing so that they'll be available to you readily, quickly. And again, we'll get an e-mail out to y'all asking for y'all to confirm the motions that are now moot and providing the Court a proposed order related to that. And with that we'll be adjourned.

(Proceedings concluded)

REPORTER'S CERTIFICATE

THE STATE OF TEXAS   )
COUNTY OF COLLIN     )

I, Ashley Boyd, Official Court Reporter in and for the 493rd District Court of Collin County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

I further certify that the total cost for the preparation of this EXPEDITED Reporter's Record is $210.00 and was paid by Winston & Strawn.

WITNESS MY OFFICIAL HAND this the 28th day of March, 2025.

                    /s/ Ashley Boyd
                    Ashley Boyd, Texas CSR 11998
                    Expiration Date: 09/30/2025
                    Official Court Reporter
                    493rd District Court
                    2100 Bloomdale Road
                    Collin County, Texas
                    McKinney, Texas

# Exhibit C

| | |
|---|---|
| **From:** | Patrick Todd <Patrick.Todd@oag.texas.gov> |
| **Sent:** | Wednesday, March 26, 2025 5:38 PM |
| **To:** | Rob Farquharson; Sutker, Cory; Holland, Anika; Logan, William; Jlascano@steptoe.com; WFG_DrCooper; 'avi.moshenberg@lmbusinesslaw.com'; David Shatto; Kimberly Gdula; Brianna Krominga; Cooper, Jackie; 'awolf@steptoe.com'; Newsome, Jervonne D.; Martin Cohick; 'Legg, W. Henry'; Jeff Lutz |
| **Cc:** | Johnathan Stone; Pauline Sisson; Emily Samuels; Abby Smith; Amy Pletscher; nonparty-patient-counsel |
| **Subject:** | RE: 493-07676-2024 & 493-08026-2024 |

Rob,

Thank you. We will work as expeditiously as possible to get you an answer as soon as we can.

Sincerely,

Patrick



**Patrick Todd**
*Assistant Attorney General, Administrative Law Division*

Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1660

---

**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 5:28 PM
**To:** Patrick Todd <Patrick.Todd@oag.texas.gov>; Sutker, Cory <Cory.Sutker@cooperscully.com>; Holland, Anika <AHolland@willkie.com>; Logan, William <WLogan@winston.com>; Jlascano@steptoe.com; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; Cooper, Jackie <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>; Jeff Lutz <Jeff.Lutz@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

We can agree to a one-week suspension of your obligation to produce the documents, but would ask that you confirm the segregation/commingling issue as expediently as possible, so as to help all parties avoid the need for additional appellate proceedings.



**From:** Patrick Todd <Patrick.Todd@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 5:24 PM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Sutker, Cory <Cory.Sutker@cooperscully.com>; Holland, Anika <AHolland@willkie.com>; Logan, William <WLogan@winston.com>; Jlascano@steptoe.com; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; Cooper, Jackie <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>; Jeff Lutz <Jeff.Lutz@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

Hi Rob,

We can't yet confirm one way or the other about whether they are segregated or commingled without first reviewing them. (Hence why we are asking for a one week extension.) Believe me, there is nobody more interested to know this answer than I.

Best,

Patrick

**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 4:57 PM
**To:** Sutker, Cory <Cory.Sutker@cooperscully.com>; Holland, Anika <AHolland@willkie.com>; Logan, William <WLogan@winston.com>; Patrick Todd <Patrick.Todd@oag.texas.gov>; Jlascano@steptoe.com; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; Cooper, Jackie <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>; Jeff Lutz <Jeff.Lutz@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

Mr. Todd:

I am sympathetic to your position, but I hope you can understand ours too. The Court made its order this morning fully aware of the fact that you had just entered into the case. On top of that, we have been seeking these records for more than two months and have already given UTSW extensions to comply.

With all of this said, Mr. Logan has suggested that he may be planning to file a mandamus based on his belief that UTSW patient records are somehow comingled amongst themselves. We are not aware of any basis for this claim, and indeed, if he is correct, UTSW may have bigger problems in terms of HIPAA.

If we agree to an extension, as an initial matter, can you confirm with your client and/or its former counsel whether UTSW's relevant patient records are either segregated by patient or commingled?

With this information, we may be able to work something out.

All the best,

Rob



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

---

**From:** Sutker, Cory <Cory.Sutker@cooperscully.com>
**Sent:** Wednesday, March 26, 2025 4:35 PM
**To:** Holland, Anika <AHolland@willkie.com>; Logan, William <WLogan@winston.com>; Patrick Todd <Patrick.Todd@oag.texas.gov>; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Jlascano@steptoe.com; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; Cooper, Jackie <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>; Jeff Lutz <Jeff.Lutz@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** Re: 493-07676-2024 & 493-08026-2024

I am not sure Children's has a say in this, but, to the extent it matters, we have no opposition



**Cory Sutker**

900 Jackson St. #100, Dallas, TX 75202
Direct: 214.712.9558 | Main: 214.712.9500 | Fax: 214.712.9540
Email: Cory.Sutker@cooperscully.com | www.cooperscully.com

This correspondence is for the named persons' use only, and it contains confidential or legally privileged information or both. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this correspondence in error, please immediately notify the sender and delete it from your system. You must not disclose, copy or rely on any part of this correspondence if you are not the intended recipient.

---

**From:** Holland, Anika <AHolland@willkie.com>
**Sent:** Wednesday, March 26, 2025 4:30:24 PM
**To:** Logan, William <WLogan@winston.com>; Patrick Todd <Patrick.Todd@oag.texas.gov>; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Jlascano@steptoe.com <Jlascano@steptoe.com>; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David

3

Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; Sutker, Cory <Cory.Sutker@cooperscully.com>; Cooper, Jackie <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>; Jeff Lutz <Jeff.Lutz@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Agreed (on behalf of Dr. Cooper).


**Anika Holland**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7411 | Fax: +1 415 858 7599
aholland@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Logan, William <WLogan@winston.com>
**Sent:** Wednesday, March 26, 2025 2:29 PM
**To:** Patrick Todd <Patrick.Todd@oag.texas.gov>; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Holland, Anika <AHolland@willkie.com>; Jlascano@steptoe.com; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>; Jeff Lutz <Jeff.Lutz@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** Re: 493-07676-2024 & 493-08026-2024

**\*\*\* EXTERNAL EMAIL \*\*\***

For our part, we believe giving UTSW's counsel a week to get up to speed on the case before it decides how to proceed is appropriate and more than reasonable.

**From:** Patrick Todd <Patrick.Todd@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 4:09:16 PM
**To:** Logan, William <WLogan@winston.com>; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Holland, Anika <AHolland@willkie.com>; Jlascano@steptoe.com <Jlascano@steptoe.com>; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>;

4

Jeff Lutz <Jeff.Lutz@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

Dear Counsel,

We (Martin and myself) were assigned to represent UTSW this morning. We were not afforded the opportunity to be at the hearing this morning and are still trying to get up to speed on what has happened so far in this case. We haven't been able to confer with our client yet or former counsel. We have also not been able to review the responsive records. As such, we cannot approve as to form the proposed order since we don't know what the court ordered at the hearing today.

We respectfully ask if the parties will agree to a one week delay to April 2, 2025, before UTSW is required to begin producing records to allow us to confer with our client, confer with former counsel, and review the records.

We would graciously appreciate extending us this professional courtesy.

Sincerely,

Patrick Todd



**Patrick Todd**
*Assistant Attorney General, Administrative Law Division*

Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1660

---

**From:** Logan, William <WLogan@winston.com>
**Sent:** Wednesday, March 26, 2025 2:31 PM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Holland, Anika <AHolland@willkie.com>; Jlascano@steptoe.com; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** Re: 493-07676-2024 & 493-08026-2024

Mr Walsh said so during one of our many conferences about productions in this matter.

While we're confirming things, can you please confirm service of all the unrepresented patients as required under Rule 205?

**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 2:29:12 PM
**To:** Logan, William <WLogan@winston.com>; Holland, Anika <AHolland@willkie.com>; Jlascano@steptoe.com <Jlascano@steptoe.com>; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

I do not recall Mr. Walsh (or even Mr. Sutker) saying that. Was it something he said in court?



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

---

**From:** Logan, William <WLogan@winston.com>
**Sent:** Wednesday, March 26, 2025 2:27 PM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Holland, Anika <AHolland@willkie.com>; Jlascano@steptoe.com; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** Re: 493-07676-2024 & 493-08026-2024

Rob,

We're not going to relitigate the bases for our petition and moving to stay via email, but to be clear, our clients' records were ordered produced beginning on March 21. As to whether UTSW may have co-mingled documents, UTSW's prior counsel, David Walsh, confirmed it was possible co-mingled records exist. We believe resolving the extent of such records, and how they should be dealt with, are questions in the first instance for the Dallas County Court.

Thanks,
William

---

**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 2:19:17 PM
**To:** Logan, William <WLogan@winston.com>; Holland, Anika <AHolland@willkie.com>; Jlascano@steptoe.com

<Jlascano@steptoe.com>; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

William:

My understanding of your emergency 15 COA filing (and its order, which was based purely on your allegations) was that the basis of your urgency was your allegation that Childrens' patient records are somehow comingled amongst themselves. Do you have a basis to claim that the same applies to UTSW's records?

The Court had already ordered these to be prepared and ready for production on 3/21.

All the best,

Rob



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

---

**From:** Logan, William <WLogan@winston.com>
**Sent:** Wednesday, March 26, 2025 2:10 PM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Holland, Anika <AHolland@willkie.com>; Jlascano@steptoe.com; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** Re: 493-07676-2024 & 493-08026-2024

Counsel for UTSW:

Would you please advise on your position regarding the draft proposed orders and the Court's oral order today? Does UTSW intend to begin producing documents despite the stay from the 15th Court of Appeals? We need to know so we can decide whether to seek further relief from that Court.

Thanks,
William

**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 1:46:15 PM
**To:** Holland, Anika <AHolland@willkie.com>; Logan, William <WLogan@winston.com>; Jlascano@steptoe.com <Jlascano@steptoe.com>; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

They are on the chain: Patrick Todd and Martin Cohick.



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

---

**From:** Holland, Anika <AHolland@willkie.com>
**Sent:** Wednesday, March 26, 2025 1:44 PM
**To:** Logan, William <WLogan@winston.com>; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Jlascano@steptoe.com; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

Rob—it doesn't look like UTSW's new counsel is on this thread either.  Shouldn't they be a part of this conversation given that UTSW is the subject of this order?  Or did you already get their agreement separately?

**Anika Holland**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7411 | Fax: +1 415 858 7599
aholland@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Logan, William <WLogan@winston.com>
**Sent:** Wednesday, March 26, 2025 11:26 AM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Holland, Anika <AHolland@willkie.com>;

Jlascano@steptoe.com; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

**\*\*\* EXTERNAL EMAIL \*\*\***

Rob, thank you for agreeing to add counsel for Dr. Lau. We should also confer on the Court's request for a position regarding whether the April 16 hearing should go forward. Given the stay from the 15th Court of Appeals, the Nonparty Patients' position is that it should be vacated.

**William Logan**
**Associate Attorney**
Winston & Strawn LLP
T: +1 713-651-2600
D: +1 713-651-2766
F: +1 713-651-2700
Email | winston.com
*Pronouns: He, Him, His*



**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 1:23 PM
**To:** Holland, Anika <AHolland@willkie.com>; Jlascano@steptoe.com; Logan, William <WLogan@winston.com>; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

No problem. But, to clarify, Mr. Wolf represents Dr. Lau and has been on all of the emails.

Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

**From:** Holland, Anika <AHolland@willkie.com>
**Sent:** Wednesday, March 26, 2025 1:15 PM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Jlascano@steptoe.com; Logan, William <WLogan@winston.com>; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>; 'Legg, W. Henry' <wlegg@steptoe.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

I am adding Dr. Lau's counsel to this thread. They were omitted earlier.

**Anika Holland**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7411 | Fax: +1 415 858 7599
aholland@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 11:14 AM
**To:** Logan, William <WLogan@winston.com>; WFG_DrCooper <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

**\*\*\* EXTERNAL EMAIL \*\*\***

Sure. Please let us know by 2pm if there are any comments from Dr. Lau or Dr. Cooper's counsel.



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

**From:** Logan, William <WLogan@winston.com>
**Sent:** Wednesday, March 26, 2025 1:11 PM

**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

I believe we should give the other parties and nonparties an opportunity to weigh in before we send anything else to the Court.

**William Logan**
**Associate Attorney**
Winston & Strawn LLP
T: +1 713-651-2600
D: +1 713-651-2766
F: +1 713-651-2700
Email | winston.com
*Pronouns: He, Him, His*

WINSTON & STRAWN LLP

**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 1:09 PM
**To:** Logan, William <WLogan@winston.com>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

If I missed them, I apologize, there was nobody other than Childrens' counsel, Dr. Lau's counsel, and myself in the courtroom. And the only folks on Zoom were two attorneys for Dr. Cooper and Mr. Shatto. The Court also asked if anybody was present for the Non-Party Patients and nobody said anything.

I don't believe that this captures the Court's oral orders, but I will include it in my email to the Court and note our disagreement.



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

**From:** Logan, William <WLogan@winston.com>
**Sent:** Wednesday, March 26, 2025 12:57 PM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

Thanks Rob. Setting aside that none of these issues were noticed for the hearing this morning, we had an attorney present. Sorry we missed you. Proposed edits attached. Are there any different thoughts from the doctors' counsel or counsel for UTSW?

**William Logan**
**Associate Attorney**
Winston & Strawn LLP
T: +1 713-651-2600
D: +1 713-651-2766
F: +1 713-651-2700
Email | winston.com
*Pronouns: He, Him, His*



**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 12:48 PM
**To:** Logan, William <WLogan@winston.com>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

My only objective with the written order is to capture what the Court already orally ordered this morning. I understand that you are likely not in agreement with the substance of the Court's order, but the question is only as to the form.

The Court opened the hearing for counsel to attend via Zoom, but you did not appear. Given that you were not present to hear the Court's orders, I find it difficult to understand what form objections you might have. Nevertheless, with that said, if you have suggested revisions to the form of the order, please send them.


**From:** Logan, William <WLogan@winston.com>
**Sent:** Wednesday, March 26, 2025 12:39 PM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

Hi Rob,

It is not agreed. If we understand the order the Court is suggesting, it is that the agreed stay of productions for UTSW under the February 28 order (as modified on March 20) is lifted. It should not be written as a new order for production to UTSW.

Many thanks,
William

**William Logan**
**Associate Attorney**
Winston & Strawn LLP
T: +1 713-651-2600
D: +1 713-651-2766
F: +1 713-651-2700
Email | winston.com
*Pronouns: He, Him, His*



**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 12:36 PM
**To:** 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Logan, William <WLogan@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher

<Amy.Pletscher@oag.texas.gov>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

All:

Please let me know if this order is agreed as to form.

All the best,

Rob



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

---

**From:** Rob Farquharson
**Sent:** Wednesday, March 26, 2025 12:34 PM
**To:** 'Amy Patterson' <apatterson@co.collin.tx.us>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'Newsome, Jervonne D.' <JNewsome@winston.com>; 'Logan, William' <WLogan@winston.com>; 'dwalsh@katxlaw.com' <dwalsh@katxlaw.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

We have not discussed that. I will drop you off and open the floor.



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

---

**From:** Amy Patterson <apatterson@co.collin.tx.us>
**Sent:** Wednesday, March 26, 2025 12:26 PM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'Newsome, Jervonne D.' <JNewsome@winston.com>; 'Logan, William' <WLogan@winston.com>; 'dwalsh@katxlaw.com' <dwalsh@katxlaw.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

Can you confirm, is this agreed as to form?


*Thank you,*
*Amy Patterson*
Court Coordinator, 493rd District Court
Ph#214-491-4870

**You MUST appear for your hearings unless the Court tells you otherwise.**

**Please send all scheduling request to 493@co.collin.tx.us for a faster response time.**

---

**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 12:13 PM
**To:** Amy Patterson <apatterson@co.collin.tx.us>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'Newsome, Jervonne D.' <JNewsome@winston.com>; 'Logan, William' <WLogan@winston.com>; 'dwalsh@katxlaw.com' <dwalsh@katxlaw.com>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

---

***** WARNING: External Email. Do not click links or open attachments that are unsafe. *****

Thank you, Ms. Patterson. Attached is the proposed order that the Court requested this morning. We will also be submitting it through e-file shortly.

All the best,

Rob



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

---

**From:** Amy Patterson <apatterson@co.collin.tx.us>
**Sent:** Wednesday, March 26, 2025 10:18 AM
**To:** 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie'

<Jackie.Cooper@cooperscully.com>; 'Newsome, Jervonne D.' <JNewsome@winston.com>; 'Logan, William' <WLogan@winston.com>; 'dwalsh@katxlaw.com' <dwalsh@katxlaw.com>
**Subject:** 493-07676-2024 & 493-08026-2024
**Importance:** High

All – At today's sealing hearings, the Court broached in open Court the execution of the Agreed Order related to the representation of UTSW.  The Court believes this resolves/moots a number of pending motions in this cause including Rule 12, Motion to Strike Intervention, etc.  To keep the record clean, Judge Nowak would prefer an order memorializing this fact.  As such, the Court directs the Parties/Non Parties to provide an Agreed Order memorializing the motions impacted and confirming the same are rendered moot by the Agreed Order.

In addition, we have not received from the Parties/Non Parties a proposed Order reflecting the Court's ruling on the Nonparty Patients Expedited Motion for Partial Stay, which was granted in part and denied in part.  It seems likely the Parties/NonParties would desire a written order given the proceedings pending in the 15th Court.  Do the Parties/NonParties anticipate providing one for the Court to sign which may be sent to the 15th Court of Appeals in connection with the mandamus proceeding?

Further, in light of Agreed Order stay of production by UTSW is lifted and the Court believes that UTSW, like Children's, would be subject to the Feb. 28 Order, as modified.  The Court noted this at hearing today so that the Parties/NonParties may determine whether any additional steps are needed to ensure that you are pursuing one proceeding with the 15th Court of Appeals, instead of two, related to production issues.  Please let us know if you need anything further from the Court to most efficiently move the proceedings with the 15th Court forward.

Lastly, at present, we have a hearing scheduled in these causes on April 16.  Do the Parties/NonParties agree as to whether that hearing may proceed pending the 15th Court proceedings?  Please advise.

*Thank you,*
*Amy Patterson*
Court Coordinator, 493rd District Court
Ph#214-491-4870

**You MUST appear for your hearings unless the Court tells you otherwise.**

**Please send all scheduling request to 493@co.collin.tx.us for a faster response time.**

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information

16

that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

# Exhibit D

**Lewis, Evan**

| | |
|---|---|
| **From:** | Amy Patterson <apatterson@co.collin.tx.us> |
| **Sent:** | Friday, March 28, 2025 3:54 PM |
| **To:** | 'Patrick Todd'; Logan, William; Rob Farquharson; 'WFG_DrCooper@willkie.com'; 'avi.moshenberg@lmbusinesslaw.com'; David Shatto; Brianna Krominga; 'Sutker, Cory'; 'Cooper, Jackie'; 'awolf@steptoe.com'; Newsome, Jervonne D.; 'dwalsh@katxlaw.com'; nonparty-patient-counsel; Martin Cohick |
| **Cc:** | Johnathan Stone; Emily Samuels; Pauline Sisson; Abby Smith; Amy Pletscher |
| **Subject:** | RE: 493-07676-2024 & 493-08026-2024 |

Counsel-
The Court merely intended to clarify at the hearing on the motion to seal which it had anticipated all parties would be present at that in light of the resolution of the Rule 12 motion it believed UTSW was subject to the same production requirements applicable to Children's. The Court is aware of the stay in light of the mandamus proceeding the court is just merely trying to ensure that any issues with UTSW and Children's are moving forward on the same track. I hope that is helpful please advise if you need anything from the Court at this time.

*Thank you,*
*Amy Patterson*
Court Coordinator, 493rd District Court
Ph#214-491-4870

**You MUST appear for your hearings unless the Court tells you otherwise.**

**Please send all scheduling request to 493@co.collin.tx.us for a faster response time.**

**From:** Patrick Todd <Patrick.Todd@oag.texas.gov>
**Sent:** Friday, March 28, 2025 12:05 PM
**To:** Logan, William <WLogan@winston.com>; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Amy Patterson <apatterson@co.collin.tx.us>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; 'dwalsh@katxlaw.com' <dwalsh@katxlaw.com>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

***** **WARNING:** External Email. Do not click links or open attachments that are unsafe. *****

Ms. Patterson,

1

UTSW would like a written order. Given that we were not in attendance, and also have not yet been able to obtain a copy of the hearing transcript, we would like a written order. We respectfully ask that the written order clarify whether it abrogates the written orders signed March 25, 2025, (attached) and address the orders from the Fifteenth Court. We're just trying to have clarity on what we're being ordered to do and there are seemingly multiple different and somewhat contradictory orders in effect.

Sincerely,

Patrick Todd



**Patrick Todd**

*Assistant Attorney General, Administrative Law Division*

Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1660

---

**From:** Logan, William <WLogan@winston.com>
**Sent:** Friday, March 28, 2025 11:33 AM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Amy Patterson <apatterson@co.collin.tx.us>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; Newsome, Jervonne D. <JNewsome@winston.com>; 'dwalsh@katxlaw.com' <dwalsh@katxlaw.com>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>
**Subject:** Re: 493-07676-2024 & 493-08026-2024

Ms. Patterson,

The Nonparty Patients also believe that UTSW should weigh in on whether a written order or further clarification is needed. We understand that UTSW was not at the hearing where the oral order was made and does not have the benefit of a written order or a transcript as this point.

Thanks,
William

---

**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Friday, March 28, 2025 11:28:13 AM
**To:** Amy Patterson <apatterson@co.collin.tx.us>; Logan, William <WLogan@winston.com>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com'

<avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; 'dwalsh@katxlaw.com' <dwalsh@katxlaw.com>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

Ms. Patterson:

The State is comfortable relying on the transcript. The Nonparty Patients believe there should be a written order.

All the best,

Rob



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

---

**From:** Amy Patterson <apatterson@co.collin.tx.us>
**Sent:** Thursday, March 27, 2025 1:43 PM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>; Logan, William <WLogan@winston.com>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula <Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; 'dwalsh@katxlaw.com' <dwalsh@katxlaw.com>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd <Patrick.Todd@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Pauline Sisson <Pauline.Sisson@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

I will notify Judge Nowak that there is no agreement and after I speak with her I will circle back to you. My understanding from my conversation with her is that all of you would want an order from the prior hearing. If the parties are comfortable standing on the transcript we will proceed without a formal written order.

*Thank you,*
*Amy Patterson*
Court Coordinator, 493rd District Court
Ph#214-491-4870

---

**From:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Sent:** Wednesday, March 26, 2025 1:29 PM
**To:** Logan, William <WLogan@winston.com>; Amy Patterson <apatterson@co.collin.tx.us>;
'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com'
<avi.moshenberg@lmbusinesslaw.com>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula
<Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory'
<Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com'
<awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D.
<JNewsome@winston.com>; 'dwalsh@katxlaw.com' <dwalsh@katxlaw.com>; nonparty-patient-counsel <nonparty-
patient-counsel@winston.com>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Patrick Todd
<Patrick.Todd@oag.texas.gov>
**Cc:** Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Emily Samuels <Emily.Samuels@oag.texas.gov>; Pauline Sisson
<Pauline.Sisson@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>; Amy Pletscher
<Amy.Pletscher@oag.texas.gov>
**Subject:** RE: 493-07676-2024 & 493-08026-2024

***** **WARNING:** External Email. Do not click links or open attachments that are unsafe. *****

Ms. Patterson:

In a separate email chain (attached), Mr. Logan asked for Dr. Lau and Dr. Cooper's attorneys to have an opportunity to respond, to which the State agreed.

But given that Mr. Logan is advancing the issue anyways, I will report back that the Non-Party Patients do not agree to the proposed order that we have submitted to the Court. Our alternative versions are both attached here.

I will also note that Dr. Cooper's counsel has responded to the email chain without any substantive comments on our proposed order. We have not heard from Dr. Lau's counsel.

All the best,

Rob



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

---

**From:** Logan, William <WLogan@winston.com>
**Sent:** Wednesday, March 26, 2025 1:21 PM
**To:** Amy Patterson <apatterson@co.collin.tx.us>; 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>;
'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; Rob Farquharson
<Rob.Farquharson@oag.texas.gov>; David Shatto <David.Shatto@oag.texas.gov>; Kimberly Gdula
<Kimberly.Gdula@oag.texas.gov>; Brianna Krominga <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory'
<Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com'

<awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; 'dwalsh@katxlaw.com' <dwalsh@katxlaw.com>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>

**Subject:** RE: 493-07676-2024 & 493-08026-2024

Ms. Patterson,

The Nonparty Patients are willing to undertake drafting a proposed written order memorializing the Court's oral ruling granting in part and denying in part the Nonparty Patients' Expedited Motion for Partial Stay. However, the Nonparty Patients would need some guidance from the Court regarding which portions of the motion were granted. As we understand it, the Court has not stayed any production orders in response to that motion.

As to the Court's lifting today of the agreed order between the AG and UTSW to stay production by UTSW under the February 28 order (as modified by oral order on March 20, 2025), we note that we had no notice these issues would be taken up today at a hearing solely set on a motion to seal records by Children's. Nonetheless, the February 28 order (including as modified on March 20) is already before the 15th Court of Appeals in the current mandamus petitions. That includes regarding UTSW being ordered to produce documents under the March 20 modifications to the February 28 order, and the Court's denial of the Nonparty Patients' motion to stay productions, such as those ordered from UTSW in the February 28 order and its subsequent modification.

On March 21, 2025, the 15th Court of Appeals stayed any productions under the Court's March 20 order that modified the February 28 order. The Nonparty Patients are therefore unaware of any actions that need to be taken, unless UTSW intends to violate the orders from the 15th Court of Appeals. If UTSW or the other parties disagree, we believe the parties and the nonparties should confer before any productions take place so that we can hopefully avoid the need to burden the 15th Court of Appeals with a request for further relief, when its intention is plain to us that productions should not take place while the mandamus petitions are pending.

Thanks,
William

**William Logan**
**Associate Attorney**
Winston & Strawn LLP
T: +1 713-651-2600
D: +1 713-651-2766
F: +1 713-651-2700
Email | winston.com
*Pronouns: He, Him, His*



**From:** Amy Patterson <apatterson@co.collin.tx.us>
**Sent:** Wednesday, March 26, 2025 10:18 AM
**To:** 'WFG_DrCooper@willkie.com' <WFG_DrCooper@willkie.com>; 'avi.moshenberg@lmbusinesslaw.com' <avi.moshenberg@lmbusinesslaw.com>; 'Rob.Farquharson@oag.texas.gov' <Rob.Farquharson@oag.texas.gov>; 'David.Shatto@oag.texas.gov' <David.Shatto@oag.texas.gov>; 'Kimberly.Gdula@oag.texas.gov' <Kimberly.Gdula@oag.texas.gov>; 'Brianna.Krominga@oag.texas.gov' <Brianna.Krominga@oag.texas.gov>; 'Sutker, Cory' <Cory.Sutker@cooperscully.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; 'awolf@steptoe.com' <awolf@steptoe.com>; 'Cooper, Jackie' <Jackie.Cooper@cooperscully.com>; Newsome, Jervonne D. <JNewsome@winston.com>; Logan, William <WLogan@winston.com>; 'dwalsh@katxlaw.com' <dwalsh@katxlaw.com>

**Subject:** 493-07676-2024 & 493-08026-2024
**Importance:** High

All – At today's sealing hearings, the Court broached in open Court the execution of the Agreed Order related to the representation of UTSW.  The Court believes this resolves/moots a number of pending motions in this cause including Rule 12, Motion to Strike Intervention, etc.  To keep the record clean, Judge Nowak would prefer an order memorializing this fact.  As such, the Court directs the Parties/Non Parties to provide an Agreed Order memorializing the motions impacted and confirming the same are rendered moot by the Agreed Order.

In addition, we have not received from the Parties/Non Parties a proposed Order reflecting the Court's ruling on the Nonparty Patients Expedited Motion for Partial Stay, which was granted in part and denied in part.  It seems likely the Parties/NonParties would desire a written order given the proceedings pending in the 15th Court.  Do the Parties/NonParties anticipate providing one for the Court to sign which may be sent to the 15th Court of Appeals in connection with the mandamus proceeding?

Further, in light of Agreed Order stay of production by UTSW is lifted and the Court believes that UTSW, like Children's, would be subject to the Feb. 28 Order, as modified.  The Court noted this at hearing today so that the Parties/NonParties may determine whether any additional steps are needed to ensure that you are pursuing one proceeding with the 15th Court of Appeals, instead of two, related to production issues.  Please let us know if you need anything further from the Court to most efficiently move the proceedings with the 15th Court forward.

Lastly, at present, we have a hearing scheduled in these causes on April 16.  Do the Parties/NonParties agree as to whether that hearing may proceed pending the 15th Court proceedings?  Please advise.

*Thank you,*
*Amy Patterson*
Court Coordinator, 493rd District Court
Ph#214-491-4870

**You MUST appear for your hearings unless the Court tells you otherwise.**

**Please send all scheduling request to 493@co.collin.tx.us for a faster response time.**

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

# Exhibit E

| | |
|---|---|
| **From:** | Rob Farquharson <Rob.Farquharson@oag.texas.gov> |
| **Sent:** | Wednesday, April 2, 2025 6:04 PM |
| **To:** | Lewis, Evan; Patrick Todd; Jeff Lutz; Nguyen, Thanh D.; Vargo, Jamie R.; Logan, William; Newsome, Jervonne D.; nonparty-patient-counsel |
| **Cc:** | Martin Cohick; David Shatto; Johnathan Stone; Amy Pletscher; Abby Smith |
| **Subject:** | RE: Cooper & Lau - UTSW records (Patients Counsel) |

Confirmed. We will destroy any such materials.



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

---

**From:** Lewis, Evan <EDLewis@winston.com>
**Sent:** Wednesday, April 2, 2025 5:26 PM
**To:** Patrick Todd <Patrick.Todd@oag.texas.gov>; Jeff Lutz <Jeff.Lutz@oag.texas.gov>; Nguyen, Thanh D. <TDNguyen@winston.com>; Vargo, Jamie R. <JVargo@winston.com>; Logan, William <WLogan@winston.com>; Newsome, Jervonne D. <JNewsome@winston.com>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Cc:** Martin Cohick <Martin.Cohick@oag.texas.gov>; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; David Shatto <David.Shatto@oag.texas.gov>; Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>
**Subject:** RE: Cooper & Lau - UTSW records (Patients Counsel)

Counsel,

This appears to be an inadvertent disclosure of privileged material. Under the Protective Order and under TRCP 193.3(d), please confirm that you either have either not accessed the production, return any materials you have collected, or confirm that you have destroyed any such materials. Please reply to this email with your confirmation.

Sincerely,
Evan

**Evan Lewis**
**Associate Attorney**
Winston & Strawn LLP
800 Capitol St., Suite 2400
Houston, TX 77002-2925
D: +1 713-651-2785
F: +1 713-651-2700
VCard | Email | winston.com



**From:** Patrick Todd <Patrick.Todd@oag.texas.gov>
**Sent:** Wednesday, April 2, 2025 5:13 PM
**To:** Lewis, Evan <EDLewis@winston.com>; Jeff Lutz <Jeff.Lutz@oag.texas.gov>; Nguyen, Thanh D. <TDNguyen@winston.com>; Vargo, Jamie R. <JVargo@winston.com>; Logan, William <WLogan@winston.com>; Newsome, Jervonne D. <JNewsome@winston.com>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Cc:** Martin Cohick <Martin.Cohick@oag.texas.gov>; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; David Shatto <David.Shatto@oag.texas.gov>; Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>
**Subject:** RE: Cooper & Lau - UTSW records (Patients Counsel)

Counsel,

The State was on the email for notification purposes only. Nevertheless, I have been informed that the Box link was not secure and that the State could access the files. I directed my legal assistant to take down the Box links, and he has done so.

In terms of the order, it is UTSW's position that the stay of discovery ordered by the 15th Court applies only to Children's, not UTSW. Indeed, the 493rd is aware of the orders issued by the 15th Court, and nevertheless ordered this:

THE COURT: For Children's I had ordered production to begin on a rolling basis as of March 21st, and since we've already past the March 21 date, UT Southwestern's obligations would kick in now as well as a rolling production.

So, it seems to me that the court wants UTSW to produce the records. I understand that Patient's Counsel will likely seek further relief.

Sincerely,

Patrick Todd

---

**From:** Lewis, Evan <EDLewis@winston.com>
**Sent:** Wednesday, April 2, 2025 3:58 PM
**To:** Jeff Lutz <Jeff.Lutz@oag.texas.gov>; Nguyen, Thanh D. <TDNguyen@winston.com>; Vargo, Jamie R. <JVargo@winston.com>; Logan, William <WLogan@winston.com>; Newsome, Jervonne D. <JNewsome@winston.com>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Cc:** Patrick Todd <Patrick.Todd@oag.texas.gov>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; David Shatto <David.Shatto@oag.texas.gov>; Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>
**Subject:** RE: Cooper & Lau - UTSW records (Patients Counsel)

Patrick – I cannot access these records. What are they?

As the Court clarified in Ms. Patterson's March 28, 2025 email, UTSW is subject to the same production requirements applicable to Children's, including the stay in effect from the 15th Court of Appeals. UTSW is stayed from producing documents under that order.

In any instance, producing these documents directly to the State and without allowing counsel for the non-party patients or counsel for the doctors to assert their applicable privileges directly contravenes the 493rd Court's discovery orders.

Please confirm that this is your understanding as well.

Best,
Evan

**Evan Lewis**
**Associate Attorney**

Winston & Strawn LLP
800 Capitol St., Suite 2400
Houston, TX 77002-2925

D: +1 713-651-2785

F: +1 713-651-2700

VCard | Email | winston.com



**From:** Jeff Lutz <Jeff.Lutz@oag.texas.gov>
**Sent:** Wednesday, April 2, 2025 3:32 PM
**To:** Nguyen, Thanh D. <TDNguyen@winston.com>; Vargo, Jamie R. <JVargo@winston.com>; Logan, William <WLogan@winston.com>; Newsome, Jervonne D. <JNewsome@winston.com>; nonparty-patient-counsel <nonparty-patient-counsel@winston.com>
**Cc:** Patrick Todd <Patrick.Todd@oag.texas.gov>; Martin Cohick <Martin.Cohick@oag.texas.gov>; Rob Farquharson <Rob.Farquharson@oag.texas.gov>; David Shatto <David.Shatto@oag.texas.gov>; Johnathan Stone <Johnathan.Stone@oag.texas.gov>; Amy Pletscher <Amy.Pletscher@oag.texas.gov>; Abby Smith <Abby.Smith@oag.texas.gov>
**Subject:** Cooper & Lau - UTSW records (Patients Counsel)

Please see the Box link below to access UTSW records.  Let us know if there are any issues accessing them.

███████████████████████████████████████



**Jeff Lutz**
Legal Assistant
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas  78711-2548
(512) 475-4133
(512) 320-0167 fax
jeff.lutz@oag.texas.gov

*This message may be confidential and/or privileged under Government Code sections 552.101, 552.103, 552.107, and 552.111 and should not be disclosed without the express authorization of the Attorney General.*

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sarah Shelby on behalf of Evan Lewis
Bar No. 24116670
SShelby@winston.com
Envelope ID: 99215243
Filing Code Description: Motion for Emergency Relief
Filing Description: Nonparty Patients' Second Emergency Motion to Stay Pending Petition for Writ of Mandamus
Status as of 4/3/2025 7:03 AM CST

Associated Case Party: NonParty Patient No. 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thanh Nguyen | | TDNguyen@winston.com | 4/2/2025 9:05:25 PM | SENT |
| Evan Lewis | | edlewis@winston.com | 4/2/2025 9:05:25 PM | SENT |
| William Logan | | WLogan@winston.com | 4/2/2025 9:05:25 PM | SENT |
| Olivia Wogon | | owogon@winston.com | 4/2/2025 9:05:25 PM | SENT |
| Jervonne Newsome | | JNewsome@winston.com | 4/2/2025 9:05:25 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 4/2/2025 9:05:25 PM | SENT |
| David G. Shatto | | david.shatto@oag.texas.gov | 4/2/2025 9:05:25 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 4/2/2025 9:05:25 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 4/2/2025 9:05:25 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 4/2/2025 9:05:25 PM | SENT |
| Houston Docketing | | ecf_houston@winston.com | 4/2/2025 9:05:25 PM | SENT |
| Jamie Vargo | | JVargo@winston.com | 4/2/2025 9:05:25 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 4/2/2025 9:05:25 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 4/2/2025 9:05:25 PM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 4/2/2025 9:05:25 PM | SENT |